

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00319-CV

Joseph Aaron **HENRY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15802A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Pro se Appellant's brief was due to be filed in this appeal on or before August 5, 2016. Neither the brief nor a motion for extension of time was filed. Appellant filed a letter requesting judicial notice; however, this letter did not constitute an appellate brief. Therefore, this Court ordered appellant to file his brief on or before August 22, 2016. Appellant has not filed a response.

Because no brief has been filed, it is ORDERED appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

Response should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency. If appellant intends for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. If appellant no longer wishes to pursue this appeal, the response should include a motion to dismiss.

If this Court does not receive an adequate response within ten days, the appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court